IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

VS.                                                                                  CRIMINAL NO. 3:16CR50-HTW

CARL REDDIX                                                                            DEFENDANT

## ORDER OF RECUSAL

This matter is before the court *sua sponte*. The court has reviewed the case and finds that the undersigned's impartiality in this matter might reasonably be questioned. The undersigned hereby disqualifies himself from serving as Judge in this specific cause pursuant to Title 28 U.S.C. § 455(a).

SO ORDERED AND ADJUDED this the 24th day of August, 2016.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE