IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**UNITED STATES**

**V.**   **CAUSE NO.: 3:16cr-00050 DPJ-FKB**

**CARL REDDIX**   **DEFENDANT**

## AMENDED MOTION FOR CONTINUANCE OF TRIAL

**COMES NOW,** Defendant, Carl Reddix, through counsel and moves for continuance of trial date set for the Court's upcoming criminal term along with the deadlines associated with the trial date, and in support thereof, would show unto the Court the following to wit:

1. On July 20, 2016, Carl Reddix appeared before U.S. Magistrate Judge Keith Ball and entered a plea of not guilty to the charges set forth in the indictment in this matter.

2. This matter was set for October 3, 2016. On or about October 20, 2016, this court entered an order, agreed to by the parties, continuing the trial until the Court's upcoming criminal term.

3. Counsel for defendant has received voluminous discovery from the government. Despite due diligence, counsel has not completed her review of all of the discovery produced by the government. Namely, undersigned counsel has not listened to all of the 4,800 audio recordings that may contained evidence in support of Carl Reddix's defense.

4. Undersigned counsel and counsel for the government have conferred about the amount of time necessary to listen to 4,800 audio tapes. Counsel for the government has agreed to confer with agents who investigated the matter to determine if written transcripts of the audio recordings can be made available to defense counsel to expedite review of same.

5.	At this time, undersigned counsel needs additional time to listen to all of the 4,800 audio recordings, counsel with the Defendant, and prepare for trial.

6.	Undersigned counsel has conferred with AUSA Darren LaMarca and has been advised that the Government does not take a position on the motion for continuance.

7.	Based on the foregoing, undersigned counsel respectfully moves this Honorable Court for a continuance in this case. Furthermore, the ends of justice would be served by granting a continuance in this case and the need for such a continuance outweighs the best interest of the public.

8.	 This Motion is not filed for delay or harassment but so justice may be served.

**WHEREFORE PREMISES CONSIDERED**, Defendant prays that after a hearing on this his Motion and this Court will enter an Order granting said motion. The defense further prays for such and further relief as this Court may deem just and proper under the premises.

**RESPECTFULLY SUBMITTED**, this the 13th day of January, 2017.

**DEFENDANT CARL REDDIX**

By:	/s/ Lisa M. Ross
	Lisa M. Ross, MSB No. 9755
	Post Office Box 11264
	Jackson, MS 39283-1264
	601.981.7900 phone
	601.981.7917 fax

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically served the foregoing document upon each person designated on the record in this proceeding.

Darren LaMarca, AUSA
U.S. Attorney's Office
501 Court East Court Street
Suite 4.430
Jackson, MS 39201

This the 13th day of January, 2017.

/s/ Lisa M. Ross