

**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
PELICIA E. HALL
COMMISSIONER



March 14, 2017

Vendor: GEO Group

**VIA CERTIFIED MAIL**

**Re: Federal Subpoenas**

Dear: GEO Group, Inc.

This letter serves as official notice that federal subpoenas have been submitted to Mississippi Department of Corrections ("MDOC"). These subpoenas from this federal court specifically ask for copies of information that may contain confidential financial information. MDOC is required to produce these documents under the provisions of Fed. R. Crim. P. 17. If you wish to protect certain information included in these subpoenas from disclosure which may be considered confidential commercial or financial information, an appropriate motion would need to be filed in this federal court.

If MDOC does not receive a copy of such a motion before the deadline for submitting these records to federal Court, MDOC will submit all requested information to this federal Court. If you have any questions, please feel free to contact me.

Should you have questions concerning this matter, please do not hesitate to contact me.

Sincerely,

Rick McCarty, Deputy Commissioner
Administration and Finance
MDOC

633 NORTH STATE STREET · JACKSON, MISSISSIPPI 39202
PHONE: (601) 359-5600 · FAX: (601) 359-5624

