# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES**

**V.**                                                                 **CAUSE NO.: 3:16cr-00050 DPJ-FKB**

**CARL REDDIX**                                                        **DEFENDANT**

## MOTION TO DISMISS

Pursuant to Federal Rule of Criminal Procedure 12(b)(3)(B)(iii) and for the reasons set forth in the accompanying brief, defendant Carl Reddix, through undersigned counsel, moves this Court to dismiss the Indictment because it fails to allege an "official act" as defined by the Supreme Court in *McDonnell v. United States,* 136 S. Ct. 2355 (2016).

**RESPECTFULLY SUBMITTED**, this the 4th day of April, 2017.

                                                // Lisa M. Ross
                                                Lisa M. Ross (MSB#9755)
                                                Post Office Box 11264
                                                Jackson, MS 39283-1264
                                                (601) 981-7900 (telephone)
                                                (601) 981-7917 (facsimile)

**CERTIFICATE OF SERVICE**

     I, hereby certify that I have this day electronically served the foregoing document upon each person designated on the record in this proceeding.

Darren LaMarca, AUSA
United States Attorney's Office
501 East Court Street
Jackson, MS  39201

**SO, CERTIFIED** this the 4th day of April, 2017.

                                                  //s// Lisa M. Ross