IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　　　　CRIMINAL NO. 3:16cr50 DPJ-FKB

CARL REDDIX

## MOTION TO WITHDRAW PRIOR MOTION AND VACATE ORDER

COMES NOW THE UNITED STATES, by and through the Acting United States Attorney and files this Motion requesting leave to withdraw its prior Motion [DOC 54] and requesting that the Court vacate its prior Order [DOC 56] on the motion. For grounds, the Government avers:

1. On July 25, 2017, the Government inadvertently filed through the Court's Electronic Case Filing system Document No. 54, a motion from another criminal case with the style and factual basis from that criminal case. The motion filed was not the motion intended for this case. The Government filed the Motion with "restricted" access.

2. On July 31, 2017, the Court granted the Motion by filing an Order with "restricted" access. The Court adjudicated the Motion on merits not applicable to this case.

3. The Government has conferred with counsel opposite, Michael Cory, who has voiced no objection.

Based on the foregoing, the Government requests that the Court grant it leave to withdraw its prior Motion [Doc. 54] and vacate its Order thereon [Doc. 56].

This the 1st day of August, 2017.

                                                Respectfully submitted,

                                                HAROLD BRITTAIN
                                                Acting United States Attorney

                            by:    *s/Darren J. LaMarca*
                                          DARREN J. LAMARCA
                                          Assistant U. S. Attorney

Darren J. LaMarca (MSB#1782)
United States Attorney's Office
501 E. Court Street, Suite 4.430
Jackson, Mississippi 39201
601-965-4480-telephone
601-965-4409- facsimile

## C E R T I F I C A T E   O F   S E R V I C E

I, Darren J. LaMarca, Assistant U. S. Attorney, do hereby certify that I have this day caused to be electronically mailed, a true and correct copy of the above and foregoing **MOTION** to all counsel of record.

This the 1st day of August, 2017.

                                                *S/Darren J. LaMarca*_____
                                                DARREN J. LAMARCA
                                                Assistant U. S. Attorney