# The Jackson Advocate
100 W. Hamilton Street * Jackson, MS 39202 * 601-948-4122

July 10, 2017

Honorable Daniel Jordan III
U.S. District Judge
501 East Court Street, Ste 5.750
Jackson, MS 39201

Dear Judge Jordan,

As publisher of the Jackson Advocate for the past 10 years and associate publisher for 25 years, I have interacted with Dr. Carl Reddix on many occasions, on both a professional and personal level. I consider him a close friend and community advocate. The Jackson Advocate is the state's oldest continuously published black newspaper and a founding member of the National Newspaper Publishers Association, a group of 200 black newspapers in the U.S.

I can recall when Carl first relocated to Jackson to begin his medical practice in the mid-1980s. I helped to plan his open house and was excited at all the possibilities of a well-trained physician desiring to improve the health of his community. He was a young man with a young family, anxious to do good. And that he did. In fact, a lot of it.

However, in life there is the good, the bad and the ugly. I am aware of Carl falling into the snare of wrongdoing and his confession of guilt. Although I am disappointed that he did not refuse to pay Commissioner Epps to provide medical services to inmates, I would expect nothing less of him to take full responsibility for his actions. Repentance is the first step in redemption. Coupled with God's grace and your mercy, Carl has a bright future, as bright as when he greeted his first patient some 30 years ago.

Carl is a man who faced his bad, which is not an easy undertaking. In that, I have never seen the ugly in him. I believe his spirit of community shields him from that doom. He has always worked to help the disadvantaged and underwritten so many programs, including Project Re-entry, a program I established to assist ex-offender females. Carl provided them with free health services they could not afford. We are forever indebted to him as are so many people in Jackson and surrounding communities. His support of Tougaloo College and Jackson State University, of which his late uncle, Jacob Reddix served as president, is also noteworthy.

Does Dr. Carl Reddix's good outweigh his bad? By far, without question, without a doubt, without pause.

Judge Jordan, I ask for deep consideration of leniency for Dr. Carl Reddix. In his community and among his colleagues, he is already forgiven. There is so much more work for him to do to fulfill the promise he made his father Joe before his passing – be of good service.

Our community needs him, wants him, roots for him.

Sincerely,

*Alice Tisdale*

Alice Thomas-Tisdale
Publisher

REDDIX00001