**PETER K. SMITH * 413 STONEWATER COVE * MADISON, MS 39110**

July 14, 2017

Honorable Daniel P. Jordan, III
United States District Judge
501 East Court Street, Suite 5. 750
Jackson, MS 39201

      RE: Carl Reddix

Dear Judge Jordan:

My name is Pete Smith and I have served the state of Mississippi in several capacities as a Communications Director, Press Secretary and currently Chief of Communications and Government Relations. I am writing today about the upcoming sentencing of my friend, Dr. Carl Reddix. Carl and I first met more than 10 years ago through our love of golf. I was invited by a friend to join a group of dynamic men who are leaders in their community and good golfers.

On my first outing, I was grouped with Carl. At that time, he had not met me nor had I met him. During that round, it quickly came to my attention that Carl was more than just a golfer. Carl was a philanthropist with his time by volunteering countless hours helping his community become a better place. It quickly became apparent of his love for helping others, especially developing young men as leaders through the Boy Scouts of Jackson. This more than four- hour conversation was not spoken in a bragging way but it was as genuine and heartfelt as it could be. That is the Carl I came to know and still know to this day. A genuine guy willing to help and serve others first before thinking about himself.

Carl shared with me the terrible mistake that he made and completely accepts full responsibility for his actions. I know that Your Honor has a duty and a job to do, handing down a sentence that is fair for the mistake that Carl made. However, in your thoughts and deliberations, I pray that the many letters of support that you have received from Carl's friends, family and colleagues will help you make the best decision possible. This will allow Carl the opportunity to return to doing what he does best; helping and serving others!

Sincerely,

Pete K. Smith

John Hudson
155 Middle Rd
Flora, MS 39071
June 19, 2017


Honorable Jordan
United States District Judge
501 East Court Street, Suite 5.750
Jackson, MS 39201


Dear Honorable Jordan:

I'm a long-time resident of Mississippi and have been employed at the Annadale Golf Club for 30 years. I have had the pleasure of knowning Dr. Carl Reddix for at least 15 years. I am aware of the circumstances that are currently surrounding Dr. Reddix.

Dr. Reddix has rendered services to many individuals within my family. He is well known as an outstanding physician among the less fortunate. I have known him to be a valued part of the community, producing cutting edge medical expertise to urban and rural communities by providing people with great medical care.

Dr. Reddix, as I can remember, was a major contributor to the medical field in the metropolitan area in which he performed passionate medical attention for the community especially the elderly. So, I ask you to extend leniency to Dr. Reddix. Please keep in mind the contributions he has made as a productive citizen in the Great State of Mississippi. I'm grateful to have witnessed the awesome work he has done for others.

Sincerely,

*[signature]*

John Hudson

**Shelton Swanier**
SJS Enterprise
P.O. Box 9968
Jackson, MS 39286



June 27, 2017

The Honorable Daniel P. Jordan, III
United States District Court Judge
501 East Court Street, Suite 5.750
Jackson, MS 39201

The Honorable Daniel P. Jordan, II,

Please accept the following comments on behalf of a very close friend, Dr. Carl Reddix. We've been associated for more than twenty-five years through the Boys Scouts of America, Holy Family Catholic Church, 100 Black Men of Jackson, Inc., several business meetings, and various social/family gatherings.

Through several conversations, Carl appraised me of his situation. Though the circumstance regarding his poor decision is unfortunate, he has been forthcoming, open, and honest regarding his actions. He has attested to the misconduct without minimizing its effect on family, friends and services provided. Carl has been cooperative and detailed in acknowledging his misdeeds, as he admitted to every charge against him. Although he has committed a transgression against the public trust, his willingness to redress his wrong doing speaks to his character and values.

Upon talking with Carl, he understands the consequences of his actions and expressed great remorse for his actions. It would be a great injustice if Carl were no longer a part of the medical community. It is with a heavy heart and humble mind that sincere consideration for leniency during sentencing be afforded Carl so he will be able to rejoin his family, profession and community as quick as possible.

Carl has a reputation of integrity, honesty, passion, dignity and trustworthiness while being very well respected throughout his personal, professional and service relationships. He continually displays hardworking, conscientious and caring characteristics as a professional in the medical services arena.

Thank you for your time and attention in this regard. I am appreciative of this opportunity to speak on behalf and in support of Carl, my long-term friend.

Respectfully,

*Shelton Swanier* (signature)

Shelton Swanier



**OFFICE OF THE PRESIDENT**
3500 JOHN A. MERRITT BLVD. NASHVILLE, TN 37209

**GLENDA BASKIN GLOVER**
**PRESIDENT**

(615) 963-7401
gglover@tnstate.edu

June 24, 2017

The Honorable Judge Daniel P. Jordan, III
United States District Judge
501 East Court Street, Suite 5.750
Jackson, MS 39201

Dear Judge Jordan:

I am pleased to write this letter as a character reference for Dr. Carl Reddix, an individual whom I have known for over twenty years. Dr. Reddix is outstanding leader in the business community, and is dedicated to developing young professionals. In addition to being my physician, I have had the opportunity to work closely with him during the past fourteen years, and have become familiar with him both personally and professionally.

As President of Tennessee State University, and a CPA-attorney, I am keenly aware of his abilities and his commitment to the medical profession. Dr. Reddix is relentlessly willing to help others, and is available and approachable to members of his community, many of whom seek out his outstanding and discreet counseling in the medical profession. He operates with a high degree of professionalism, is ethical, accurate, and effective. He is the recipient of awards for his outstanding work in the State of Mississippi both in medicine and in business.

I humbly ask you to consider the great deeds of Dr. Reddix and afford him any additional consideration. Please feel free to contact me if you feel that I may be of any further help or should you wish elaboration on any particular detail. I may be reached by email on gglover@tnstate.edu, or by telephone either at the office at (615) 963-7401 or on my cell at (601) 214-8621.

Sincerely,

*Glenda Glover*

Glenda Glover, Ph.D.
President

# Mississippi House of Representatives



**Committee Assignments**
Executive Contingent Fund, Vice-Chair
Constitution
Drug Policy
Energy
Gaming
Insurance
Public Health and Human Services

**REPRESENTATIVE CHRISTOPHER M. BELL**
District 65
Hinds County

510 George Street, Suite 239
Jackson, MS 39202
Mobile: 601.918.8633
Capitol: 601.359.2461
Fax: 601.359.3728
cbell@house.ms.gov

June 22, 2017

The Honorable Daniel P. Jordan, III
United States District Court Judge
501 East Court Street, Suite 5.750
Jackson, MS 39201

**Re: Character Letter for Dr. Carl Reddix**

Dear Judge Jordan:

My name is Christopher M. Bell, I am a member of the Mississippi Legislature, House District 65 in the city of Jackson. I am writing on behalf of Dr. Carl Reddix whom I have known for the past 15 years. Dr. Reddix is a selfless and astonishing leader in our community whose passion for our youth is only surpassed by his devotion to his family. Carl is constantly seeking ways to get young people engaged in our community and to develop them into leaders.

He is always thinking of others and is inclusive of all people. He is a community minded individual who regularly puts the needs of others before his own, best exhibited through his substantial community work, both professional and voluntary.

Many people think that Carl was given a privileged life, however, that is further than the truth. Carl has worked tirelessly for everything he has in life. I was particularly disheartened and dismayed to learn of his transgression. I have spoken to Dr. Reddix with respect to these charges and it is a source of intensive regret and embarrassment for him.

In closing, I respectfully request the court to consider the qualities that Dr. Reddix possesses and has displayed over his life. I firmly believe, my friend, can make a much better contribution to our community and society with community service rather than being incarcerated. Therefore, I am asking for leniency for Dr. Carl Reddix.

If you should need me to provide additional information on Carl, please do not hesitate to contact me.

Humbly Submitted,

*Christopher M. Bell*
Christopher M. Bell
Representative

June 16, 2017

Honorable Judge Daniel P. Jordan, 111
United States District Judge
301 East Court Street, Suite 5.750
Jackson, MS 39201

Dear Honorable Judge Daniel P. Jordan, 111

I am writing this letter in support of Dr. Carl Reddix.

I met Dr. Reddix 18 years ago when I served as President of the National Association of Black Officials and as Vice Chair of the Wayne County, Michigan Board of Commissioners.

During these years, he has been available to provide information from a medical perspective, both personally and professionally. He always gave freely of his time and expertise.

Never was this more important than when my family faced a grave prognosis during the early stages of my oldest daughter's first pregnancy. We had been told that the baby had a condition that caused his internal organs to remain outside of his body after the normal eleven week period. Furthermore, it was stated that the baby could automatically abort, live only a short period of time if born or have a horrible quality of life if he survived.

Needless, to say, this was traumatic for our entire family. Dr. Reddix, without being asked, flew at his expense to Detroit to comfort and counsel our family upon hearing of the circumstances. He was able to bring calm and hope to the family giving advice on next steps and explaining in layman's terms, "Giant Infaseal", the baby's condition. Dr. Reddix served as a ready support and counselor during my daughter's entire pregnancy.

As you can see, simply stated: "Dr. Reddix is a caring and sharing person".

Today, ten years later, that baby who faced such horrible predictions, is a healthy, thriving, intelligent and active young man. With the grace of God and the unrelenting support of Dr. Reddix we were blessed to witness a true miracle.

When I heard about Dr. Reddix's problem, I had to write and tell you about the person I know. None of us is perfect, however, this situation is certainly not indicative of the person I know and my family has grown to love.

I pray that you will consider this in your deliberations.

Thank you so much for your consideration.


Edna Bell
President Emeritus
National Association of Black County Officials
Proud Grandmother of a healthy child



2510 Lakeland Drive • Flowood, MS 39232 • 601.355.1234
106 Highland Way • Suite 101 • Madison, MS 39110 • 601.355.1234
1815 Mission 66 • Vicksburg, MS 39180 • 601.638.8801

**Physicians**

Stewart A. Boyd, MD
Donald P. Brannan, MD
Albert F. Chiemprabha, MD
Shirley S. Donelson, MD
Pierce D. Dotherow, MD
Charles E. Hall, MD
Reed B. Hogan, MD
Reed B. Hogan III, MD
Ronald P. Kotfila, MD
Makau P. Lee, MD
Jeffrey B. McCrary, MD
J. Trippe McNeese, MD
Paul B. Milner, MD
Michelle A. Petro, MD
Vonda G. Reeves, MD
Matt Runnels, MD
Vishwanath N. Shenoy, MD
James A. Underwood Jr., MD
E. Stephens Weeks Jr., MD
Jane-Claire B. Williams, MD
Mark E. Wilson, MD
Cindy Haden Wright, MD

**Pediatric**

Mary Allyson Lowry, MD, MPH
Sara Rippel, MD, MSCI
Angela B. Shannon, MD

**Pathology**

Keith Brown, MD
Samuel Hensley, MD
Jason K. Jones, MD

www.gi.md

June 21, 2017

Honorable Daniel P. Jordan, III
United Sates District Judge
501 East Court Street, Suite 5.750
Jackson, MS 39201

Dear Judge Jordan,

This letter is written in support of Dr. Carl Reddix, a personal and professional friend of mine for the last 42 years. I fully understand the gravity and depth of his situation as it pertains to the bribery case involving the Mississippi Department of Corrections and Chris Epps, former head of this state organization.

My focus is not to complicate matters for Carl but to highlight my reasons for unwavering support.

I met Carl during my freshman year at Millsaps College while he attended Tougaloo College. We attended sister colleges, thus the interaction for African Americans was one of community and support. We, as descendant of the Civil Rights Era, grew up understanding the complicated path to professionalism in a state where Jim Crow had a slow and painful demise. We became close friends, as I was also a friend with his wife, who briefly attended Millsaps during my tenure there. He was ambitious, smart, and progressive. This was well proven in that he gained admittance to one of the top medical schools in the country and then later obtained a Masters of Public Health from Harvard University, the college that my daughter now attends.



2510 Lakeland Drive • Flowood, MS 39232 • 601.355.1234
106 Highland Way • Suite 101 • Madison, MS 39110 • 601.355.1234
1815 Mission 66 • Vicksburg, MS 39180 • 601.638.8801

**Physicians**

Stewart A. Boyd, MD
Donald P. Brannan, MD
Albert F. Chiemprabha, MD
Shirley S. Donelson, MD
Pierce D. Dotherow, MD
Charles E. Hall, MD
Reed B. Hogan, MD
Reed B. Hogan III, MD
Ronald P. Kotfila, MD
Makau P. Lee, MD
Jeffrey B. McCrary, MD
J. Trippe McNeese, MD
Paul B. Milner, MD
Michelle A. Petro, MD
Vonda G. Reeves, MD
Matt Runnels, MD
Vishwanath N. Shenoy, MD
James A. Underwood Jr., MD
E. Stephens Weeks Jr., MD
Jane-Claire B. Williams, MD
Mark E. Wilson, MD
Cindy Haden Wright, MD

**Pediatric**

Mary Allyson Lowry, MD, MPH
Sara Rippel, MD, MSCI
Angela B. Shannon, MD

**Pathology**

Keith Brown, MD
Samuel Hensley, MD
Jason K. Jones, MD

www.gi.md

But my focus is not to rehash his professional attainments, but to characterize the person. Carl and my path diverged as we pursued medicine in different disciplines and different parts of the United States. I often got word of his achievements and then finally his journey back home to Jackson. He has been a pillar of success and blessing to the Jackson community as a whole.

As a single parent of three small boys and an infant daughter, I returned to Jackson after a divorce to be close to family support. When I returned Carl proved to be a beacon of clarity as I struggled to transition from academic medicine to private practice. I cannot tell you how many ways he "fed" my family and me by his solid support and brotherly love. He and his family, to this day, have never ceased support of me as an individual and as a single woman, trying to raise three sons.

He encouraged me to enroll my boys in the Boy Scouts of America. He supported me being the only female parent on an arduous trip down the Okatoma, in our efforts to get that canoeing merit badge. It wasn't just the signing up and paying of dues, but the actual physical effort that Carl made to pick up the boys, take them on challenges including Philmont High Adventure in New Mexico and the later in the High Tier in Canada. He was their "father" without biology being involved. Every merit badge was done or else. Always with love and sternness that was of equal weight and measure as his own son, Joey. I was and still am on the Executive Board of the Andrew Jackson Council to this very day because of Carl Reddix. Additionally, I have three "Reddix-made" Eagle Scouts. Each owe it all to God and Carl Reddix. I cannot personally count the number of doors that this distinction has opened for them. It is only one example of Carl's commitment to the success of them and many others who have crossed his path in life.

He has constantly been an open and willing ear to me personally as I have managed the business of medicine in the largest gastroenterology group in the Southeast. That support cannot be measure, contained, or ever paid back. I will go to my grave indebted to Carl Reddix.



2510 Lakeland Drive • Flowood, MS 39232 • 601.355.1234
106 Highland Way • Suite 101 • Madison, MS 39110 • 601.355.1234
1815 Mission 66 • Vicksburg, MS 39180 • 601.638.8801

**Physicians**

Stewart A. Boyd, MD
Donald P. Brannan, MD
Albert F. Chiemprabha, MD
Shirley S. Donelson, MD
Pierce D. Dotherow, MD
Charles E. Hall, MD
Reed B. Hogan, MD
Reed B. Hogan III, MD
Ronald P. Kotfila, MD
Makau P. Lee, MD
Jeffrey B. McCrary, MD
J. Trippe McNeese, MD
Paul B. Milner, MD
Michelle A. Petro, MD
Vonda G. Reeves, MD
Matt Runnels, MD
Vishwanath N. Shenoy, MD
James A. Underwood Jr., MD
E. Stephens Weeks Jr., MD
Jane-Claire B. Williams, MD
Mark E. Wilson, MD
Cindy Haden Wright, MD

**Pediatric**

Mary Allyson Lowry, MD, MPH
Sara Rippel, MD, MSCI
Angela B. Shannon, MD

**Pathology**

Keith Brown, MD
Samuel Hensley, MD
Jason K. Jones, MD

www.gi.md

Regardless of the accusations, confessions, and complicated web of his sentencing, I know personally about the convoluted management of a prison system. I was director of the AIDS Program for the Texas Department of Corrections for 3 years earlier in my career. Needless to say, Texas is the second largest in the country. I know personally about the internal pressures that exist in corrections systems. Carl was a victim as well. It is an unfortunate rule of survival, which rarely surfaces.

As I close, I encourage you to see the benefits of a shorten imprisonment for Carl Reddix. He has been and always will be a contributor to society, family, and community. He has touched too many lives in so many positive ways. A long and forbearing sentence would not benefit any one.

Thank you for taking my letter into consideration.

Sincerely,

Vonda G. Reeves-Darby, MD, MBA

Honorable Daniel P. Jordan Loll
United Sates District Judge
501 East Court Street, Suite 5750
Jackson, MS 39201

Dear Honorable Jordan,

My name is Shelby Merritt, Sr. I am an Employee of Annandale Gold Course and have been for 39 years and counting. I am writing this letter on behalf of my dear friend Dr. Carl Reddix. It is at Annandale, where I first met Dr. Reddix, some 18 years ago. During these 18 years, I have respected Dr. Reddix as an illustrious physician who respected the law and diligently cared for his patients. He did everything in his power to make sure that his patients received excellent care.

It has come to my understanding that Dr. Carl Reddix has been found guilty of paying kickbacks to Mr. Christopher Epps, former Commissioner of Mississippi Department of Correction, and his sentencing hearing will be held soon. I will not try to justify the criminal act of Dr. Reddix, however, he has acknowledged his faults and has tried to explain to others not to follow in his footsteps.

I am asking for the mercy of the court to please consider the many contributions of Dr. Carl Reddix to the community, and to please offer a more lenient sentence for Dr. Reddix. It is my belief that he has and is currently dealing with the punishment of being ashamed for his action, but also having to carry the guilt ??????each time he sees his family, colleges, patients, pastor, church members and everyone who looked to him as a role model. Most of all the guilt of knowing that he has dishonored God and strayed away from his teachings.

If Dr. Reddix is offered lees incarnation time he will be able to spend valuable time with his wife and children, which will allow them to work through this together as family in the comfort of their home. He can return to society and be a productive citizen and continue to explain to others the importance of resisting temptation and most of all obeying the law.

Thanks for not only accepting my letter, but also taking time out of your busy day to read it. The responsibility you have is enormous!

Most Sincerely,


Shelby Merritt, Sr.

*Shelby merritt, Sr.*

June 5, 2017

**Charles T. Cannada**

**440 Greenwood Lane**

**Ridgeland, MS  39157**

Honorable Daniel P. Jordan, III

United States District Court

501 East Capitol Street, Suite 5.750

Jackson, MS  39201

Dear Judge Jordan:

I am writing to you on the behalf of Carl Reddix.  As an introduction, I am a lifetime resident of Mississippi, in fact I still own property in western Hinds County that has been in my family for almost 200 years, deep roots.  You may associate my last name with a number of Jackson based attorneys, even though I am not an attorney I am related to them (my brother has been with the Butler Snow firm for close to 40 years).  I have attached my bio if you care to learn more about me.

My relationship with Carl has been sporadic over the past 20 years but I can safely say he was always a true gentleman whenever we were together.  I have always admired him for his wit and commitment to the community.

After first learning of Carl's involvement with Mr. Epps I was perplexed and sad.  However, now that I better understand the circumstances leading up to his criminal activity I am sympathetic to, but do not condone, Carl being pressured into this payola.  I do not believe Carl instigated these payments and I truly believe he is remorseful for his actions.  Carl made a very poor decision and no matter what happens with his sentencing, his life is forever changed.

Carl's positive involvement in the community is well documented but I value Carl for the impact he has had on my life. I have been involved with Mission Mississippi from the very beginning and my personal time spent with Carl has helped me in my efforts to not just get to know but better appreciate my black neighbors in Mississippi. I believe this interaction has helped me in my various business and charitable roles here and else ware.

You may see on my bio that I was once a senior executive with WorldCom, fortunately I left before the problems began. I am haunted by the harsh sentence Bernie Ebbers received (25 years) due to the political environment of the day, virtually a life sentence. I have seen firsthand how these overly strident penalties do not sever the public's interest. Carl has already paid dearly for his mistake and will continue to do so for the rest of his life. I ask that you please be merciful when handing down his sentence.

Thank you for your time and the service you provide for our country.

Sincerely,

Charles T. Cannada

# CHARLES T. CANNADA

Mr. Cannada, is a private investor and serves on a variety of boards. From 1989 to 2000, Mr. Cannada held various executive management positions at MCI (previously WorldCom and earlier LDDS Communications), serving as Senior Vice President in charge of Corporate Development and International Ventures and Alliances from 1995 to 2000 and as Chief Financial Officer from 1989 to 1994. During his tenure, Mr. Cannada was involved in numerous merger, acquisition and financing transactions as LDDS grew from a regional long distance reseller with approximately $100 million in annual revenues to one of the world's largest global, facilities-based providers of integrated telecommunications services. Mr. Cannada was in public accounting with Arthur Andersen & Co. from 1980 to 1989.

Mr. Cannada currently serves as Chairman of the Board for Nanoventions, Inc. (a microstructure technology company) and as a board member for Cousins Properties, Inc. (NYSE:CUZ, sits on the audit and compensation committeess) an office REIT based in Atlanta. He also serves on the boards of First Commercial Bank, Inc (chairman of the audit committee and a member of the investment/asset liability management committee) and Stadium Wrap America, LLC (an athletic banner company). Mr. Cannada serves on the Board of Trustees for Belhaven University (past chairman) as well as serving on The University of Mississippi's Foundation Board (past Chairman of the Board and member of the investment committee and audit committee (past chairman)) and School of Accountancy's Board of Advisors. He also was the Mississippi finance chairman for the Bush 04 campaign and has been active in the Mississippi GOP holding several state-wide positions. Mr. Cannada received a BBA in Accounting from the University on Mississippi in 1980.

Past affiliations: Board of directors of Parkway Properties, Inc. (NYSE:PKY, past Chairman of the Board, chairman of the compensation committee and a member of the audit committee), Embratel (Chairman of the Board, then the largest long distance company in Brazil), Avantel (a competitive telecommunications provider in Mexico), Nova Corporation (NYSE:NIS, audit (chairman) and compensation committees, an Atlanta based transaction processing company sold in 2001 to U. S. Bancorp for over $2 billion), US Unwired, Inc. (NASDAQ:UNWR, a Sprint PCS affiliate, audit (chairman) and compensation committees), Griffin and Griffin Exploration, On2Locate, AccessPt, LSCI Communications, Inc., and president of the board of trustees of Jackson Preparatory School in Jackson, MS. He has been married to Tara Cannada since 1980, they have two adult children.



June 8, 2017

Honorable Daniel P. Jordan, III
United States District Judge
501 East Court Street, Suite 5.750
Jackson, MS 39201

Dear Judge Jordan,

My name is Percy Thornton and I am the CEO of Southern States Utility Trailer Sales, Inc. headquartered in Richland, MS. This letter is in reference to my relationship with Dr. Carl Reddix.

My relationship with Carl is through our mutual membership at Annandale Golf Club in Madison, MS. I would guess that I've known Carl in excess of 5 years. Carl and I happened to meet each other in the Annandale parking lot one day and seemed to immediately become friends. He is a very outgoing person and fun to be around.

Carl shared with me early in our relationship about his medical practice within the Mississippi Prison System so I was fairly well aware of the type of work his company preformed. Carl has since shared with me in detail about his relationship with Commissioner Epps. Carl has told me that he paid kickbacks to Commissioner Epps and he has accepted the responsibility for making a terrible decision in doing so. He also told me that the kickbacks began after he was awarded the contract as the low bidder and therefore his kickbacks were not costing the taxpayers of Mississippi any additional money.

As I said above, Dr. Reddix has accepted full responsibility for making a poor decision and I appreciate his courage to do so when it would be easier to blame other people.

Dr. Reddix made a bad decision but he has made many good decisions in his life, one of which was to provide good health care to our prison inmates, so I ask that you take into account those good decisions as you consider his sentencing.

Sincerely,

Percy L. Thornton
CEO
Southern States Utility Trailer Sales, Inc.

SOUTHERN STATES UTILITY TRAILER SALES, INC.

MEMPHIS, TENNESSEE
11505 Highway 178 · Olive Branch, MS 38654
OFFICE 662.895.2201 · FAX 662.895.2273

JACKSON, MISSISSIPPI - corporate
550 Highway 49 South · Richland, MS 39218
OFFICE 601.939.9000 · FAX 601.932.7037

MONROE, LOUISIANA
229 Fontana Road · Monroe, LA 71203
OFFICE 318.324.8990 · FAX 318.324.8354

# The Jackson Advocate

100 W. Hamilton Street * Jackson, MS 39202 * 601-948-4122

July 10, 2017

Honorable Daniel Jordan III
U.S. District Judge
501 East Court Street, Ste 5.750
Jackson, MS 39201

Dear Judge Jordan,

As publisher of the Jackson Advocate for the past 10 years and associate publisher for 25 years, I have interacted with Dr. Carl Reddix on many occasions, on both a professional and personal level. I consider him a close friend and community advocate. The Jackson Advocate is the state's oldest continuously published black newspaper and a founding member of the National Newspaper Publishers Association, a group of 200 black newspapers in the U.S.

I can recall when Carl first relocated to Jackson to begin his medical practice in the mid-1980s. I helped to plan his open house and was excited at all the possibilities of a well-trained physician desiring to improve the health of his community. He was a young man with a young family, anxious to do good. And that he did. In fact, a lot of it.

However, in life there is the good, the bad and the ugly. I am aware of Carl falling into the snare of wrongdoing and his confession of guilt. Although I am disappointed that he did not refuse to pay Commissioner Epps to provide medical services to inmates, I would expect nothing less of him to take full responsibility for his actions. Repentance is the first step in redemption. Coupled with God's grace and your mercy, Carl has a bright future, as bright as when he greeted his first patient some 30 years ago.

Carl is a man who faced his bad, which is not an easy undertaking. In that, I have never seen the ugly in him. I believe his spirit of community shields him from that doom. He has always worked to help the disadvantaged and underwritten so many programs, including Project Re-entry, a program I established to assist ex-offender females. Carl provided them with free health services they could not afford. We are forever indebted to him as are so many people in Jackson and surrounding communities. His support of Tougaloo College and Jackson State University, of which his late uncle, Jacob Reddix served as president, is also noteworthy.

Does Dr. Carl Reddix's good outweigh his bad? By far, without question, without a doubt, without pause.

Judge Jordan, I ask for deep consideration of leniency for Dr. Carl Reddix. In his community and among his colleagues, he is already forgiven. There is so much more work for him to do to fulfill the promise he made his father Joe before his passing – be of good service.

Our community needs him, wants him, roots for him.

Sincerely,

*Alice Tisdale*

Alice Thomas-Tisdale
Publisher

REDDIX00001