IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**

v.                                                            **CRIMINAL NO. 3:16cr50 DPJ-FKB**

**CARL REDDIX**

## NOTICE OF APPEAL

Notice is hereby given that the Defendant, Carl Reddix, hereby appeals to the United States Court of Appeals for the Fifth Circuit, the imposition of a 72-month period of incarceration as set forth in the Judgment entered by this Court on December 22, 2017 [Dkt. 73].

Respectfully submitted, this the 29th day of December 2017.

                                                            **CARL REDDIX,**
                                                            **Defendant**

                                                    By: /s/*Robert L. Johnson, III* _____
                                                         Robert L. Johnson, III

**OF COUNSEL:**

Robert L. Johnson, III (MSB #8555)
5600 Jackson Raymond Road
Raymond, Mississippi 39154
Telephone: 601.331.7271
Facsimile: 601.346.0070

## CERTIFICATE OF SERVICE

I, Robert L. Johnson, do hereby certify that I have this day caused to be electronically mailed, a true and correct copy of the above and foregoing to all counsel of record.

This the 29th day of December 2017.

                                                            s/*Robert L. Johnson, III* _____
                                                            Robert L. Johnson, III