UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:16cr50 DPJ-FKB

CARL REDDIX

**NOTICE OF WITHDRAWAL OF UNITED STATES' MOTION TO AMEND
THE AGREED PRELIMINARY ORDER OF FORFEITURE**

The United States of America, by the undersigned Assistant United States Attorney, hereby withdraws the Motion to Amend the Agreed Preliminary Order of Forfeiture (ECF No. 66) filed in this case on December 15, 2017. Counsel for the Defendant has not filed a response, and the Court has not entered an Order on the motion.

**RESPECTFULLY SUBMITTED**, this the 2nd day of February, 2018.

Respectfully submitted,

D. MICHAEL HURST, JR.
United States Attorney

 /s/   Darren LaMarca
Darren LaMarca
Assistant United States Attorney
501 E. Court Street, Suite 4.430
Jackson, Mississippi 39201
MS Bar No. 1782
Phone: (601) 965-4480
Fax: (601) 965-4409
Darren.lamarca@usdoj.gov

## CERTIFICATE OF SERVICE

I, Darren LaMarca**,** hereby certify that on February 2, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of record.

DATED this the 2nd day of February, 2018.

/s/ Darren LaMarca
Darren LaMarca