UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                       CRIMINAL NO. 3:16cr50 DPJ-FKB

CARL REDDIX

## MOTION TO UNSEAL

The United States of America, by and through its United States Attorney, respectfully requests that the Court unseal: the United States' Ex Parte Application to File Motion Under Seal, the Order Sealing the Motion, the Ex Parte Motion for a Restraining Order for Substitute Assets, and the Order Restraining Substitute Assets [ECF Nos. 89-92] filed in this case, and represent the following:

The purpose for sealing the preceding documents—to allow the United States time to restrain the substitute assets without affording the Defendant the opportunity to dissipate the assets—has been fulfilled. The accounts listed in the Motion for a Restraining Order for Substitute Assets are now appropriately restrained. As such, the sealing of these documents is no longer necessary.

WHEREFORE, the United States requests that the Court UNSEAL ECF Nos. 89, 90, 91, & 92.

RESPECTFULLY SUBMITTED, this the 6th day of September, 2018.

                                                                                   D. MICHAEL HURST, JR.
                                                                                    *United States Attorney*

By:   */s/ J. Wesley Webb*
        J. WESLEY WEBB (MSB #104495)
        *Assistant United States Attorney*
        Office of the United States Attorney
        SOUTHERN DISTRICT OF MISSISSIPPI

501 East Court Street, Suite 4.430
Telephone:  601.965.4480
Facsimile:   601.965.4032
E-mail:  James.Webb2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, J. WESLEY WEBB, Assistant United States Attorney, hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system notifying all counsel of record.

Date:  September 6, 2018

By:  */s/ J. Wesley Webb*
J. WESLEY WEBB
*Assistant United States Attorney*